Rev. 5/2017 Prisoner Complaint

United States District Court
FOR DISTRICT OF COLUMBIA
CIRCUIT

Case No. _____
(To be filled out by Clerk's Office)

Case: 1:22-cv-00934 (JURY DEMAND)
Assigned To : Unassigned
Assign. Date : 3/28/2022
Description: Pro Se General Civil (F-Deck)

WILLIAM DAMISON

Inmate Number 0644308

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

(*Pro Se* Prisoner)

U.S. JUDGE TERRENCE W. BOYLE
DONALD C. HICKS
J. RAY FREEMAN
NICHOLAS SCOTT

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.



Page 1 of 10

Rev. 5/2017 Prisoner Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

WILLIAM DAWSON
Name

0644308
Prisoner ID #

PENDER CORRECTIONAL FACILITY
Place of Detention

P.O. BOX 1058
Institutional Address

BURGAW        N.C.        28425
City          State       Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/2017 Prisoner Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **U.S. JUDGE TERRENCE W. BOYLE**
Name

**U.S. DISTRICT COURT JUDGE**
Current Job Title

**P.O. BOX 25670**
Current Work Address

**RALEIGH**           **N.C.**         **27611**
City                  State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: **DONALD C. HICKS**
Name

**CRAVEN COUNTY D.A.**
Current Job Title

**P.O. BOX 1468**
Current Work Address

**NEW BERN**          **N.C.**         **28560**
City                  State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Rev. 5/2017 Prisoner Complaint

**Defendant(s) Continued**

Defendant 3: J. RAY. FREEMAN
Name

DETECTIVE
Current Job Title

CRAVEN COUNTY SHERIFF
Current Work Address

NEWBERN        N.C.      28560
City           State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: NICHOLAS SCOTT (DECEASED)
Name

NONE
Current Job Title

NONE
Current Work Address

NEWBERN        N.C.      28560
City           State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Rev. 5/2017 Prisoner Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: OUTSIDE NEWBERN CITY LIMITS.

Date(s) of occurrence: FEBUARY 17, 1999

State which of your federal constitutional or federal statutory rights have been violated:

5TH AND 14 AMD. U.S.C.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

[Who did what to you?]

AFTER THE PETITIONER FIRED (3) WARNING SHOTS, DEFENDANTS IN CONSPIRACY ATTEMPTED TO ATTACK PETITIONER WITH A SHOVEL, CAUSING PETITIONER TO FIRE (1) ROUND FROM HIS 38 PISTOL AND STRIKING VICTIM NICHOLAS SCOTT IN HIS HEART, CAUSING HIS DEATH, ONLY AFTER ACCEPTING PROSECUTOR'S STAR WITNESS GENE DOUGLAS'S BAD ADVICE TO TAKE OFF RUNNING ONLY, BECAUSE PETITIONER'S IMMEDIATE DEPARTURE WAS UNKNOWN.

THEN DEFENDANTS IN CONSPIRACY, UNLAWFULLY INVESTIGATED FIELD WHERE THE VICTIM COLLAPSED AND DIED, AS CRIME SCENE, UNLAWFULLY SUPPRESSING BRADY MATERIAL. [SHOVEL WEAPON WITH VICTIM'S PRINTS ON HANDLE]

Rev. 5/2017 Prisoner Complaint

**What happened to you?**

PETITIONER WAS FOUND GUILTY OF 1ST DEGREE MURDER AND SENTENCED TO LIFE AND NO PAROLE, WHEN TRIAL COURT FAILED TO CONSIDER PETITIONER HAD FIRED (3) WARNING SHOTS, BEFORE THE FATAL SHOT.

**When did it happen to you?**

FEB. 17, 1999

**Where did it happen to you?**

CRAVEN COUNTY COURT HOUSE AT JURY TRIAL IN CASE 97CRS8887

Rev. 10/2015 Prisoner Complain

| What was your injury? | I WAS CONVICTED OF FIRST DEGREE MURDER AND SENTENCED TO LIFE AND NO PAROLE, WHEN (3) WARNING SHOT EVIDENCE PROVED 2ND DEGREE MURDER. |

PROSECUTOR OFFERED 20 YEAR PLEA FOR 2ND DEGREE.

PETITIONER WAS FIRST DEFENDER.

PETITIONER HAS SERVED 22 YEARS IN PRISON.

Rev. 10/2015 Prisoner Complaint

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☐ Yes   ☐ No
If no, explain why not: APPEALED TO N.C. C.O.A.

Is the grievance process completed?   ☒ Yes   ☐ No
If no, explain why not:

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.* ISSUE RULE 35(B) MOTION, CAUSING THE U.S. ATTORNEY GENERAL FILE RECOMMENDATION FOR COURT TO REDUCE LIFE SENTENCE AND NO PAROLE TO 20-YEARS, TIME SERVED AND ALSO RECOMMENDATION FOR RELEASE, PURSUANT TO RULE 35(B), IN CRAVEN COUNTY SUPERIOR COURT P.O. BOX 1187 NEW BERN N.C. 28563-1187